IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| RONALD D. EADY, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 3:12-0336 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| COMMODORE EXPRESS, INC., and | ) | |
| LIBERTY MUTUAL INSURANCE CO., | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the file in this action, Plaintiff has not responded to the Defendants' motion for judgment on the pleadings (Docket Entry No. 13) nor to the Court's Order to respond to that motion (Docket Entry No. 20). Accordingly, this action is **DISMISSED with prejudice** for Plaintiff's failure to comply with the Court's Order. Any depositions set in this action are **CANCELLED**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 13th day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge