UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RONALD D. EADY ) | |
| ) | |
| ) | |
| v. ) | NO. 3:12v0336 |
| ) | JUDGE HAYNES |
| ) | |
| COMMODORE EXPRESS, INC., and ) | |
| LIBERTY MUTUAL INSURANCE CO. ) | |
| ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/132012.

      KEITH THROCKMORTON, CLERK
      s/Tina M. Webster, Deputy Clerk