United States District Court for the District
Middle District of Tennessee
Nashville Division

FILED
2012 OCT 11 AM 8:40
U.S.
MIDDLE DISTRICT OF TN

| | |
|---|---|
| Ronald D. Eady ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 3:12-cv-0336 |
| v. ) | |
| ) | |
| Commodore Express, Inc. and Liberty ) | |
| Mutual Insurance Co. ) | Jury Demand |
| ) | |
|     Defendants. ) | |

### Notice of Appeal

Notice is hereby given that Plaintiff Ronald D. Eady hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment dismissing all Plaintiffs' claims, entered in these actions on the 13th day of September, 2012, and the Judgment dismissing all Plaintiffs' claims, denying Plaintiffs' motion for reconsideration, and denying leave to amend pleadings, entered in these actions on the 13th day of September, 2013. Plaintiffs also appeal the Opinion of the District Court entered in these actions on the 13th day of September, 2012 setting forth the grounds upon which the respective Judgments are based.

Facts:

1) I never had a trial James Barnes Cox was the prosecutor assistant to The District Attorney Michael McCown. J.B. Cox prosecuted me for the state. Judge James Barnes Cox (aka J.B. Cox) was the prosecutor on my case in Lincoln County session court. Assistant for the District Attorney Michael McCown prosecuted me on two

occasions he went after me with everything he had. After I plead guilty to the charge he still had a grudge against me. Me being a dedicated determine Democrat, the Republican Judge made sure that he was the Judge in my workmen's compensation hearing in Chancery Court. I was told that it would be a preliminary informal hearing and he made sure he never gave me a trial. A very informal hearing where the witness were not allowed to be subpoena. And to top all of that the chancery clerk Rebecca Barlett lost the video of the deposition and they told me they could not get a copy of the original.

2) The same day that the response was filed the case was dismissed and I am not at my home for weeks at a time because of my job. I understand the Federal District Court clerk sent certified mail to my and house and the mail was returned to sender.

3) I need the case reinstated to get the disposition of the police officers admitted into evidence.

Respectfully submitted,<br>
<u>/pro se/ Ronald D. Eady</u><br>
1004 West Campbell Street<br>
Fayetteville, TN 37334

## CERTIFICATE OF SERVICE

I hereby certify that on this day September 25, 2012, that a copy of the foregoing was served via first-class U.S. mail, postage, upon John R Wingo, BPR No. 16955 and Brian C. Neal, BPR No. 22523, STITES & HARBISON, PLLC, 401 Commerce Street, Suite 800, Nashville Tennessee, 37219-2376, Counsel for Defendants, Commodore Express, Inc. and Liberty Mutual Insurance Co.